UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Raymond Dusseau, | ) | CASE NO.: 3:17-cv-02254 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY HELMICK |
| | ) | |
| -vs.- | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| McGaff's Paint Pros, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Raymond Dusseau and Defendants McGaff's Paint Pros, Inc., Michael McGaffey and Jason Krouse, by and through undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims with prejudice. Each party is to bear his/its own fees and costs as agreed.

Respectfully submitted,

| | |
|---|---|
| */s/ Scot A. Hinshaw (by CPW w/ permission)* | */s/ Chris Wido* |
| Scot A. Hinshaw (0096079) | Chris P. Wido (0090441) |
| Niehaus Kalas Hinshaw Ltd | The Spitz Law Firm, LLC |
| 7150 Granite Circle, Suite 203 | 25200 Chagrin Boulevard, Suite 200 |
| Toledo, OH 43617 | Beachwood, Ohio 44122 |
| Phone: 419-517-9090 | Phone: 216-291-4744 |
| Fax: 419-517-9091 | Fax: 216-291-5744 |
| hinshaw@nwklaw.com | chris.wido@spitzlawfirm.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

1

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing has been electronically filed this 24th day of May, 2018. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and in accordance with local rules and the Federal Rules of Civil Procedure.

                                          */s/ Chris Wido*
                                          Chris P. Wido (0090441)
                                          *Counsel for Plaintiff*